RECEIVED
JUL 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing, is Attached)*

Name of Offender: Charles S. Christopher    Case Number: 1:93CR00041-001

Name of Sentencing Judicial Officer: U.S. District Judge Francis J. Boyle

Date of Original Sentence: December 9, 1996

Original Offense: Wire Fraud; Principals; Interstate Transportation of Stolen Goods and Principals

Original Sentence: 121 Months Imprisonment followed by a 3 year Term of Supervised Release

Type of Supervision: Supervised Release    Date Supervision is Scheduled to Commence: December 14, 2005

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

The defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the defendant is released from the program by the probation officer.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless payment of any financial obligation ordered by the Court has been paid n full.

The defendant shall not be employed in any fiduciary capacity or any position allowing access to credit or personal financial information of other, unless the defendant's employer is fully aware of the offense of conviction and the U.S. Probation Officer approves.

## CAUSE

Mr. Christopher is scheduled to release from the Bureau of Prisons on December 14, 2005. He has participated in the 500 hour drug treatment program while serving his term of imprisonment.

In order for the U.S. Probation Officer to monitor any future substance abuse and efficiently and accurately monitor his compliance of restitution payments, it is respectfully requested his conditions of supervision be modified as noted above.

Respectfully submitted:

Linda Werner
U.S. Probation Officer

Date: July 21, 2005

Reviewed and approved:

Myra A. Kirkwood, Supervising
U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ] No Action
[✓] The Modification of Conditions as Noted Above
[ ] Other

~~Francis J. Boyle~~
Sr. U.S. District Judge
8/3/05

Date