IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 1:93-CR-00041 |
| | ) | |
| CHARLES S. CHRISTOPHER, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GEORGE WAYNE REEDER, | ) | |
| Defendants. | ) | |

ORDER

An Application by the United States of America being before this Court, averring that it is the desire of the Diamond Benefits Life Insurance Company that its interest in restitution payments from the defendants Charles S. Christopher and George Wayne Reeder be assigned to the Crime Victims Fund in the United States Treasury, it is hereby

ORDERED

that any interest of Diamond Benefits Life Insurance Company in restitution payments by Charles S. Christopher and George Wayne Reeder be assigned to the Crime Victims Fund of the United States Treasury. It is further

ORDERED

that the Clerk of the Court responsible for dispersing such payments remit such payments to the Crime Victims Fund of the United States Treasury.

SO ORDERED:

______________________________
United States District Judge