UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No.: 1:93-CR-00041 |
| | ) | |
| GEORGE WAYNE REEDER, | ) | |
| and | ) | |
| CHARLES S. CHRISTOPHER, | ) | |
| Defendants | ) | |

NOTICE OF WITHDRAWAL

Undersigned counsel hereby gives notice to the Court and parties of his withdrawal as counsel for the United States of America. In support thereof, counsel states that he is not currently employed by the United States Department of Justice, he no longer represents the Government, and that new counsel has entered his appearance on behalf of the Government, i.e., AUSA John P. McAdams.

Respectfully submitted this 28th day of December, 2007.

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz Bar No.: 6115
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-Mail: cat@thbrilaw.com

CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I served the electronically filed foregoing document, NOTICE OF WITHDRAWAL, through the Court's CM/ECF electronic filing system and by mail to:

George Wayne Reeder
8201 East 23rd Street
Kansas City, MO 64129

Charles S. Christopher
Boykin Road
Big Spring, TX 79721

/s/ Charles A. Tamuleviz

Charles A. Tamuleviz Bar No.: 6115
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-Mail: cat@thbrilaw.com