UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
PROVIDENCE, RHODE ISLAND 02903-1779

OFFICIAL BUSINESS

012H16206190
$00.41 0
05/02/2008
Mailed From 02903
US POSTAGE
Hasler

Cheryl B. Wattley
900 Jackson Street, Suite 500
Dallas, TX 75202

NIXIE 752 CC 1 23 05/07/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 02903177944 *0322-01701-02-39

75202+

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

OFFICE OF THE CLERK

May 2, 2008



CR93-41L

Case Name: USA v. Charles S. Christopher, et al.

Dear Attorney's Wattley and Ravkind:

In accordance with Rule 19 of the Local Rules, the Clerk of the District Court has been holding exhibits **re: Jury Trial** in the above-entitled action.

It is requested that you notify the clerk's office on or before May 9, 2008 as to whether you would like to send a representative (from one of your offices) to retrieve these exhibits. If not, the Clerk will dispose of them without further notice.

Very truly yours,

*Rana Smith*

Deputy Clerk