UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

United States of America
Plaintiff,

Vs. Case No. CR93-41L

Charles S. Christopher, et al.
Defendant.

**EXHIBIT RECEIPT**

**Plaintiff and Defendant's** Trial Exhibit(s)-

All exhibits (5 Boxes)

David A. DiMarzio, Clerk

~~Signature of Attorney~~
Date: 5/30/08

Deputy Clerk